FILED

1  MCGUIRE WOODS LLP
   SUSAN L. GERMAISE #176595
2  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
3  Telephone: (310) 315-8200
   Facsimile: (310) 315-8210
4  sgermaise@mcguirewoods.com

5
   Attorneys for Defendant
6  Nations Recovery Center, Inc.

7

8                UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10

11  SANDY FORD,          ED CV 12 CASE NO. 00893  VAP (OPx)

12

13                                  NOTICE OF REMOVAL UNDER
                                    28 U.S.C. § 1441(b)
14                                  (FEDERAL QUESTION)

             Plaintiff,
15      vs.
                                    (Removed from San Bernardino County
16  FINGERHUT, NATIONS RECOVERY      Superior Court, Case No.: CIV VS
    CENTER, INC., DOES 1 THROUGH 100, 1201696)
17  INCLUSIVE
             Defendants.
18

19

20

21

22

23

24

25

26

27

28

39306753.1                          1
                        NOTICE OF REMOVAL

2012 JUN -4 PM 1:30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

TO THE CLERK OF THE COURT:

1.      PLEASE TAKE NOTICE that pursuant to § 28 U.S.C. 1441(b), defendant Nations Recovery Center, Inc. ("NRCI") by and through its attorneys, removes to this Court the action described below:

### The Original State Court Action

1.      On April 6, 2012, Plaintiff Sandy Ford ("Plaintiff") filed a summons and complaint in the Superior Court of the State of California, County of San Bernardino, entitled *Sandy Ford v. Fingerhut, Nations Recovery Center, Inc*, Case No. CIV VS 1201696.

2.      On May 7, 2012, NRCI was served with the Summons, Complaint, Certificate of Service, Certificate of Assignment and Civil Case Cover Sheet in this action, true and correct copies of which are attached hereto as collectively Exhibit "A." NRCI has not received or been served with any pleadings in this matter other than the foregoing documents, nor has NRCI answered, moved, or otherwise pled with respect to the Complaint.  All defendants consent to this removal.

3.      This Notice of Removal is being filed within 30 days of receipt of the Complaint by NRCI in accordance with 28 U.S.C. §1446(b).

4.      Plaintiff's Complaint alleges that Defendant violated the Fair Debt Collections Practices Act.  (Compl. ¶¶ 4-10).

### Removal Jurisdiction

5.      The removal statute, 28 U.S.C. § 1441, provides bases for the removal of a state court action to federal court.  Among other things, section 1441(a) states that "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

1      6.      This is a civil action of which this court has original jurisdiction under

2    28 U.S.C. 1331, and is one that may be removed to this Court by defendant pursuant

3    to 28 U.S.C. 1441(b) in that it arises under 15 U.S.C. § 1692(k)(d) as it is for

4    purported violations of the Fair Debt Collection Practices Act.

5      7.      This Notice of Removal is timely filed.  Under 28 U.S.C. § 1446(b), the

6    Notice of Removal must be filed within thirty days of receipt of the initial pleading

7    setting forth the claim.  Defendant NRCI received the summons and complaint in

8    this action on May 7, 2012.  This action is therefore timely removed under 28

9    U.S.C. § 1446, as defendant NRCI received the summons and complaint thirty days

10   before the date of removal.

11     8.      Venue lies in the United States District Court for the Central District of

12   California – Eastern Division, pursuant to 28 U.S.C. § 1391(b) and 1441(a) and

13   because the state action was filed in this District and this is the judicial district in

14   which the action arose.

15     9.      NRCI will cause notice of this removal to be filed in Case No. CIV VS

16   1201696 with the Superior Court of the State of California, County of San

17   Bernardino.  A copy of this Notice to State Court of Removal to Federal Court is

18   attached hereto as Exhibit "B" (without exhibits).

19     WHEREFORE, Defendant NRCI prays that the above action now pending in

20   the Superior Court of the State of California, in and for the County of San

21   Bernardino, be removed therefrom to this Court.

23   DATED: June 4, 2012                    McGuireWoods LLP

25                                          By: /s/ Susan L. Germaise

26                                          _____
                                            Susan L. Germaise
27                                          Attorneys for Nations Recovery Center,
                                            Inc.

<u>**PROOF OF SERVICE**</u>

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067-1501.

On June 4, 2012, I served the following document(s) described as **Notice of Removal Under 28 U.S.C. § 1441(b) (Federal Question)** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

William J. Campbell, Esq.                          *Attorneys for Plaintiff Sandy Ford*
The Palmer Firm, P.C.
11690 Pacific Avenue, Suite 110
Fontana, CA 92337

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 310.315.8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 4, 2012, at Los Angeles, CA.

_Dorothea Kiker_
Dorothea Kiker

**SUM-100**

## SUMMONS
### (CITACION JUDICIAL)

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
VICTORVILLE DISTRICT

APR 06 2012

BY _____
VANESKA DIEDERICH, DEPUT

*Received 5/2/12*

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

Fingerhut, Nations Recovery Center, Inc., Does 1 Through 100, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

Sandy Ford

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br> Superior Court of California, County of San Bernardino <br> 14455 Civic Drive, Suite 100, Victorville, California 92392 | **CASE NUMBER:** <br> *(Número del Caso):* <br> **CIVVS 1201696** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
The Palmer Firm, P.C., Gregory M. Fitzgerald, SBN 153082, Miruna Mihal, SBN 250696, William J. Campbell, SBN 248729,
11690 Pacific Avenue, Suite 110, Fontana, CA 92337, 909-581-7348

| DATE: <br> *(Fecha)* | APR 06 2012 Clerk, by <br> *(Secretario)* | VANESKA DIEDERICH | , Deputy <br> *(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Nations Recovery Center, Inc.

   under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
        ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
        ☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)
        ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | |
|---|---|
| Form Adopted for Mandatory Use <br> Judicial Council of California <br> SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 <br> www.courtinfo.ca.gov <br> American LegalNet, Inc. <br> www.FormsWorkflow.com |

EXHIBIT "A"

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

The Palmer Firm, P.C.
William J. Campbell, SBN 248729
11690 Pacific Avenue, Suite 110, Fontana, California 92337

TELEPHONE NO.: 909-581-7348        FAX NO.: 909-581-7534
ATTORNEY FOR (Name): Sandy Ford

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
  STREET ADDRESS: 14455 Civic Drive, Suite 100
  MAILING ADDRESS: Same
  CITY AND ZIP CODE: Victorville, California 92392
  BRANCH NAME:

**COPY**

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
VICTORVILLE DISTRICT

APR 06 2012

BY _____
VANESKA DIEDERICH, DEPU.

CASE NAME:
Sandy Ford vs. Fingerhut, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: CIVVS 1201696 |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: _____ DEPT: _____ |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☑ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is  ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. ☐ Large number of separately represented parties
  b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
  c. ☐ Substantial amount of documentary evidence
  d. ☐ Large number of witnesses
  e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
  f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): Five
5. This case ☐ is  ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 03/21/2012
William J. Campbell
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

EXHIBIT "A"

CM-010

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or
    toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer
            or wrongful eviction)*
    Contract/Warranty Breach–Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
        domain, landlord/tenant, or
        foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment *(non-
        domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
        harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

CM-010 [Rev. July 1, 2007]                    **CIVIL CASE COVER SHEET**

# EXHIBIT "A"

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

Sandy Ford

Case No. **CIVVS 1201696**

vs.

Fingerhut, et al.

**CERTIFICATE OF ASSIGNMENT**

A civil action or proceeding presented for filing must be accompanied by this certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the _____ District of the Superior Court under Rule 404 of this court for the checked reason:

[X] General      [ ] Collection

| | Nature of Action | Ground |
|---|---|---|
| [ ] 1 | Adoption | Petitioner resides within the district. |
| [ ] 2 | Conservator | Petitioner or conservatee resides within the district. |
| [ ] 3 | Contract | Performance in the district is expressly provided for. |
| [ ] 4 | Equity | The cause of action arose within the district. |
| [ ] 5 | Eminent Domain | The property is located within the district. |
| [ ] 6 | Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] 7 | Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] 8 | Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] 9 | Mandate | The defendant functions wholly within the district. |
| [ ] 10 | Name Change | The petitioner resides within the district. |
| [ ] 11 | Personal Injury | The injury occurred within the district. |
| [ ] 12 | Personal Property | The property is located within the district. |
| [ ] 13 | Probate | Decedent resided or resides within the district or had property within the district. |
| [ ] 14 | Prohibition | The defendant functions wholly within the district. |
| [ ] 15 | Review | The defendant functions wholly within the district. |
| [ ] 16 | Title to Real Property | The property is located within the district. |
| [ ] 17 | Transferred Action | The lower court is located within the district. |
| [ ] 18 | Unlawful Detainer | The property is located within the district. |
| [ ] 19 | Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [ ] 20 | Other _____ | |
| [X] 21 | THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT. | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designated district is:

Sandy Ford      21230 Waladi Road
(NAME - INDICATE TITLE OR OTHER QUALIFYING FACTOR)    ADDRESS

Apple Valley      CA      92307
(CITY)    (STATE)    (ZIP CODE)

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on

03/21/2012    at    Fontana      , California

Signature of Attorney/Party

13-16503-360 Rev. 10/94      SB-16503

**EXHIBIT "A"**

1  THE PALMER FIRM, P.C.
   GREGORY M. FITZGERALD, SBN 153082
2  MIRUNA MIHAI, SBN 250696
   WILLIAM J. CAMPBELL, SBN 248729
3  11690 PACIFIC AVENUE, SUITE 110
   FONTANA, CA 92337
4  Telephone: (909)581-7348
   Facsimile: (909)581-7534
5
   Attorney for Plaintiff: SANDY FORD
6

7                    SUPERIOR COURT OF CALIFORNIA
8                    COUNTY OF SAN BERNARDINO
9

10

11  SANDY FORD,                    )  Case No.:  CIVVS 1201696
                                   )
12              PLAINTIFF,         )  COMPLAINT FOR:
                                   )
13       VS.                       )   1. VIOLATION OF THE ROSENTHAL
                                   )      FAIR DEBT COLLECTION
14                                 )      PRACTICES ACT
    FINGERHUT, NATIONS RECOVERY    )   2. VIOLATION OF THE RIGHT OF
15  CENTER, INC., DOES 1 THROUGH 100, )   PRIVACY BY INTRUDING INTO
    INCLUSIVE,                     )      PRIVATE AFFAIRS
16                                 )   3. VIOLATION OF A STATUTORY
                DEFENDANT          )      DUTY (TORT IN SE)
17                                 )   4. BREACH OF CONTRACT
                                   )   5. BREACH OF THE COVENANT OF
18                                 )      GOOD FAITH AND FAIR
                                   )      DEALING
19                                 )
                                   )
20                                 )
                                   )
21                                 )

22

23  Plaintiff alleges:

24

25                    PARTIES AND JURISDICTION

26       1. At all times herein mentioned Plaintiff Sandy Ford is and was

27  an individual residing in the County of San Bernardino, State of

28  California.

                              1

                           COMPLAINT


                          EXHIBIT "A"

2. At all times herein mentioned Defendant Fingerhut, and each of them, is and was a business entity form unknown, engaged in business in the County of San Bernardino, State of California.

3. At all times herein mentioned Defendant Nations Recovery Center, Inc., and each of them, is and was a business entity form unknown, engaged in business in the County of San Bernardino, State of California.

4. The true names and capacities, whether individual, corporate, associate or otherwise of the Defendants named herein as Does 1 through 100, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will amend this complaint to show their true names and capacities when the same are ascertained. Plaintiff is informed and believes and on that bases alleges that each of the fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiffs' damages herein alleged were proximately caused by such Defendants.

5. Plaintiff is informed and believes and on that basis alleges that at all times here in mentioned each of the Defendants were the agent, servant, and/or employee of their co-Defendants, and in doing the things hereinafter mentioned, were acting in the scope of their authority as such agents, servants and employees with the permission and consent of their co-Defendants.

6. This action is brought for penalties and damages due to violations of the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 et seq., California Civil Code § 1785 et seq., violation of the right of privacy, violation of a statutory

2

COMPLAINT

duty, Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, and negligent infliction of emotional distress.

7. In enacting the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 et seq., the California Legislature made the following findings:

> "The banking and credit system and grantors of credit to consumers are dependent upon the collection of just and owing debts. Unfair or deceptive collection practices undermine the public confidence which is essential to the continued function of the banking and credit system and sound extensions of credit to consumers. There is need to ensure that debt collectors and debtors exercise their responsibilities to one another with fairness, honesty and due regard for the rights of the other. It is the purpose of this title to prohibit debt collectors from engaging in unfair or deceptive acts or practices in the collection of consumer debts and to require debtors to act fairly in entering into and honoring such debts, as specified in this title." (California Civil Code section 1788.1)

8. In enacting the Federal Fair Debt Collection Practices Act, 15 U.S.C. section 1692 et seq., the Federal Legislature made the following findings:

> "[t]here is abundant evidence of the use of abusive, deceptive and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs and to invasions of individual privacy. Existing laws and procedures for redressing these injuries are inadequate to protect consumers. Means other than misrepresentation or abusive debt collection practices are available for the effective collection of debts. Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce. It is the purpose of this subchapter to eliminate abusive debt collection

3

COMPLAINT

EXHIBIT "A"

practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuse" (15 U.S.C. §1692a)

## GENERAL ALLEGATIONS

9. Plaintiff incorporates by reference and realleges each and every allegation contained in paragraphs 1 through 8 above as though fully set forth herein.

10. Defendants Fingerhut, and each of them, engage in business, of which a major portion is the collection of consumer debts. Defendants Fingerhut, and each of them, regularly and in the ordinary course of business attempts to collect consumer debts alleged to be due.

11. Sometime during or prior to 2007, Plaintiff allegedly created account ending 9383 with Defendants Fingerhut, and each of them, and therefore incurred a financial obligation primarily for personal, family or household purposes. These obligations allegedly went into default for late payment.

12. On or about July 20, 2007, Plaintiff, in an effort to resolve this debt, retained the services of The Palmer Firm, P.C., a law firm that provides assistance to consumers struggling with consumer-related debt issues.

13. On or about July 24, 2007, The Palmer Firm, P.C. sent a letter of representation to Defendants Fingerhut, and each of them, (see Exhibits "A" attached hereto). The letter notified Defendants Fingerhut, and each of them, that Plaintiff was represented by counsel regarding accounts ending 9383 and instructed Defendants Fingerhut,

4

COMPLAINT

EXHIBIT "A"

1  and each of them, to cease communication with Plaintiff from that
2  point forward. The letter also specified that Plaintiff was not to be
3  contacted at their place of employment and demanded verification.

4      14. On or about June 12, 2008 Defendants Fingerhut, and each of
5  them, and Plaintiff, reached an agreement to pay in full account
6  ending 9383 for $495.00. (see Exhibit "B" attached hereto).
7  Defendants Fingerhut, and each of them, agreed to settle in full
8  account ending 9383 if Plaintiff paid $495.00 on or before July 12,
9  2008. The full amount Defendants Fingerhut, and each of them, alleged
10 was owed was $761.00. On June 17, 2008 check number 21606 was issued
11 to Defendants Fingerhut, and each of them, for $495.00 as agreed (see
12 Exhibit "C" attached hereto). Check 21606 cleared on July 9, 2008.

13     15. On or before December 09, 2011 Defendants Fingerhut, and each
14 of them, retained Defendant Nations Recovery Center, Inc. to represent
15 them to third parties for the purposes of alleging an amount due and
16 collecting on account ending in 9383 thereby creating an agent-
17 principal relationship.

18     16. It is believed that Defendants Fingerhut, and each of them,
19 subsequently sold or otherwise transferred the alleged account ending
20 in 9383 to Defendants Nations Recovery Center, Inc., and each of them.

21     17. It is believed that when Defendants Fingerhut, and each of
22 them, sold or otherwise transferred account ending in 9383 to
23 Defendants Nations Recovery Center, Inc., and each of them, Defendants
24 Fingerhut, and each of them, informed Defendants Nations Recovery
25 Center, Inc., and each of them, that the account ending in 9383 was
26 still owed in the amount of $266.00.

27     18. On or about December 09, 2011, Defendants Nations Recovery
28 Center, Inc., and each of them, intentionally and maliciously

5

COMPLAINT

EXHIBIT "A"

contacted Plaintiff by mail at home for the purposes of alleging an amount due and collecting on account ending in 1706 (see Exhibit "D" attached hereto)

19. Plaintiff believes and on that basis alleges that Defendants, and each of them, intentionally continued to represent that account ending 9383 was still due and owing after it was settled and directly contacted Plaintiff for the purposes of maliciously causing Plaintiff to suffer mental anguish so that Plaintiff would pay the debt Defendants, and each of them, alleged Plaintiff owed. Additionally, the collection attempt was made with intent and malice to falsely represent a debt is due to collect money that Defendants, and each of them, were not entitled to.

20. Plaintiff believes and on that basis alleges that Defendants, and each of them, intentionally continued to represent that account ending 9383 was still due and owing after it was settled and contacted Plaintiff for the purposes of oppressing Plaintiff and causing cruel and unjust hardship so that Plaintiff would pay the debt Defendants, and each of them, alleged Plaintiff owed.

21. As a result of the actions of Defendants, and each of them, Plaintiff has suffered serious and compensable injury in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, mental suffering, grief, and inconvenience.

///

///

///

///

///

6

COMPLAINT

EXHIBIT "A"

# FIRST CAUSE OF ACTION

(VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT -

Against Defendants Fingerhut, Nations Recovery Center, Inc.,

and Does 1-20)

22. Plaintiff incorporates by reference and realleges each and every allegation contained in paragraphs 1 through 21 above as though fully set forth herein.

23. Defendants are "debt collectors" as defined by California Civil Code section 1788.2(c).

24. Plaintiff is a "debtor" as defined by California Civil Code section 1788.2(h).

25. Plaintiff is a "consumer" as defined by 15 U.S.C. section 1692c(d) and 15 U.S.C. 1692a(3).

26. Defendants' actions violated the Rosenthal Fair Debt Collection Practices Act. Defendants' violations include, but are not limited to, the following:

(a) Attempting to collect a debt amount that is not expressly authorized by an agreement or permitted by law. California Civil Code section 1788.17 adopting 15 U.S.C. § 1692f(1).

(b) Falsely representing the character, amount, or legal status of the alleged debt.  California Civil Code section 1788.17 adopting 15 U.S.C. §1692e(2)(A).

(c) Communicating or threatening to communicate to any person credit information which is known or which should be known to be false. California Civil Code section 1788.17 adopting 15 U.S.C. §1692e(8).

7

COMPLAINT

EXHIBIT "A"

1         (d) Initiating communication with Plaintiff when Defendants were

2   previously notified in writing that Plaintiff was represented by an

3   attorney. California Civil Code section 1788.14(c).

4         (e) Initiating communication with Plaintiff when Defendants knew

5   or had reason to know that Plaintiff was represented by an attorney

6   and the attorney's name and contact information are known or can be

7   readily ascertained. California Civil Code section 1788.17 adopting

8   15 U.S.C. section 1692c(a)(2).

9       27. As a proximate result of the above mentioned violations,

10  Plaintiff has suffered, as herein alleged, actual damages in the form

11  of anger, anxiety, emotional distress, fear, frustration, upset,

12  humiliation, embarrassment, amongst other negative emotions, as well

13  as suffering from unjustified and abusive invasions of personal

14  privacy.

15      28. As a result of each and every Defendants' violations of the

16  Rosenthal Fair Debt Collection Practices Act, Plaintiff is entitled to

17  actual damages pursuant to California Civil Code section 1788.30(a),

18  statutory damages in the amount of $1,000 pursuant to California Civil

19  Code section 1788.30(b), and reasonable attorneys fees and costs

20  pursuant to California Civil Code section 1788.30(c), from each and

21  every Defendant herein.

22      29. In pursuing their egregious, and unlawful debt collection

23  efforts against Plaintiff, Defendants, and each of them, acted with

24  Malice, oppression, and fraud as defined by California Civil Code

25  section 3294(c)(1), (2), (3).

26  ///

27  ///

28  ///

8

COMPLAINT

EXHIBIT "A"

## SECOND CAUSE OF ACTION

(VIOLATION OF PLAINTIFF'S RIGHT OF PRIVACY BY INTRUDING INTO PRIVATE AFFAIRS — Against Defendants Fingerhut, Nations Recovery Center, Inc., and Does 21-40)

30. Plaintiff incorporates by reference and realleges each and every allegation contained in paragraphs 1 through 29 above as though fully set forth herein.

31. Plaintiffs at all times mentioned herein has and continues to have a reasonable expectation of privacy at their home.

32. Defendants, and each of them, intentionally intruded on Plaintiff's privacy by mailing Plaintiffs' home in an attempt to collect a debt that had been settled.

33. The intrusion of Defendants, and each of them, would be highly offensive to a reasonable person.

34. In pursuing their egregious, and unlawful debt collection efforts against Plaintiff, Defendants, and each of them, acted with Malice, oppression, and fraud as defined by California Civil Code section 3294(c)(1), (2), (3).

35. As a result of the collection action Plaintiff has been harmed in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, amongst other negative emotions.

///
///
///
///
///

9

COMPLAINT

EXHIBIT "A"

## THIRD CAUSE OF ACTION

(VIOLATION OF A STATUTORY DUTY (TORT IN SE) – Against Defendants
Fingerhut, Nations Recovery Center, Inc., and Does 41-60)

36. Plaintiff incorporates by reference and realleges each and every allegation contained in paragraphs 1 through 35 above as though fully set forth herein.

37. The consumer debt collection field is extensively regulated by California State Law. The Rosenthal Fair Debt Collections Practices Act, California Civil Code section 1788 et seq., and the Federal Fair Debt Collections Practices Act, 15 U.S.C. §1692 et seq., was enacted to protect alleged debtors from debt collection activity that is unfair, deceptive, or harassing.  Plaintiff is an alleged debtor and is an was an injured member of the public for whose benefit The Rosenthal Fair Debt Collections Practices Act, California Civil Code section 1788 et seq. and the Federal Fair Debt Collections Practices Act, 15 U.S.C. §1692 et seq. was meant to protect.

38. Defendants, and each of them, violated the statutory duty imposed on Defendants, and each of them, and are thus liable under the doctrine of "Tort-In Se."

39. In pursuing their egregious, and unlawful debt collection efforts against Plaintiff, Defendants, and each of them, acted with Malice, Oppression, and Fraud as defined by California Civil Code section 3294(c)(1), (2), (3).

///
///
///
///

10

COMPLAINT

EXHIBIT "A"

## FOURTH CAUSE OF ACTION

(Breach of Contract against Defendants Fingerhut, Nations Recovery
Center, Inc., and Does 61 - 80)

40.    Plaintiffs incorporate by reference and reallege each and every allegation contained in paragraphs 1 through 39 above as fully set forth herein.

41.    On or about June 12, 2008, a written General Agreement was executed between Plaintiff and Defendants Fingerhut, and each of them, in which Defendants Fingerhut, and each of them, would consider the account ending 9383 settled in full with no further amount due or owing upon the receipt of payment in the amount of $495.00.

42.    Plaintiff fully performed all conditions, covenants, and promises to be performed under the agreement.

43.    After Plaintiff had fully performed all conditions, covenants, and promises Defendants Fingerhut, Nations Recovery Center, Inc., and each of them, breached the agreement by considering account 9383 still due and owing.

44.    As a proximate result of the breach, as herein alleged, Plaintiff has been damaged in an amount according to proof.

## FIFTH CAUSE OF ACTION

(Breach of Covenant of Good Faith and Fair Dealing against Defendants
Fingerhut, Nations Recovery Center, Inc., and Does 81 - 100)

45.    Plaintiff incorporate by reference and reallege each and every allegation contained in paragraphs 1 through 42 above as fully set forth herein.

· 11

COMPLAINT

EXHIBIT "A"

46.   On or about June 12, 2008, a written General Agreement was executed between Plaintiff and Defendants Fingerhut, and each of them, in which Defendants Fingerhut, and each of them, would consider the account ending 9383 settled in full with no further amount due or owing upon the receipt of payment in the amount of $495.00.

47.   The agreement contained an implied covenant of good faith and fair dealing by which Defendants Fingerhut, and each of them, promised to perform under the contract in a manner of a standard of a professional organization; to complete the terms as promised; to perform within in a reasonable time frame and to refrain from committing any act that would prevent or impede Plaintiffs' enjoyment of the fruits of said agreement.  Specifically, said covenant of good faith and fair dealing required Defendants Fingerhut, and each of them, to fairly and reasonably perform the terms of the contract and not do anything that would be detrimental to Plaintiff's interests.

48.   Defendants Fingerhut, and each of them, breached this implied covenant of good faith and fair dealing by moving forward with collection attempts, by considering account 9383 still due and owing, and by selling account ending 9383 to Defendants Nations Recovery Center, Inc., and each of them, so they could collect on the account.

49.   As a direct and proximate result of the Defendants' breach of the implied covenant of good faith and fair dealing, Plaintiff has been damaged in an amount according to proof.


WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them as follows:

///

///

12

COMPLAINT

First Cause of Action:

1. For actual damages, in an amount to be proven at trial, pursuant to California Civil Code section 1788.30(a), along with prejudgment interest thereon at the legal rate of interest until paid in full or the date judgment is entered;

2. For punitive damages, in an amount to be proven at trial, pursuant to California Civil Code section 3294(a), along with prejudgment interest thereon at the legal rate of interest until paid in full or the date judgment is entered;

3. For statutory damages pursuant to California Civil Code section 1788.30(b) in the amount of $1,000;

4. For Plaintiff's reasonable attorneys fees and costs incurred in connection herewith pursuant to California Civil Code section 1788.30(c); and

5. For such other relief as the Court may deem just and proper.

On The Second Cause Of Action:

1. For compensatory damages in an amount according to proof along with prejudgment interest thereon at the legal rate of interest until paid in full or the date judgment is entered.

2. For punitive damages, in an amount to be proven at trial, pursuant to California Civil Code section 3294(a), along with prejudgment interest thereon at the legal rate of interest until paid in full or the date judgment is entered;

3. For such other relief as the Court may deem just and proper.

On The Fourth Cause Of Action:

1. For actual damages, attorneys fees and costs pursuant to California Civil Code section 1785.31(a)(1).

13

COMPLAINT

2.    Punitive damages in the amount of $5,000 pursuant to California Civil Code section 1785.31(a)(2)(B).

3.    For such other relief as the Court may deem just and proper.

On The Fifth Cause Of Action:

1.    For compensatory damages in an amount according to proof along with prejudgment interest thereon at the legal rate of interest until paid in full or the date judgment is entered.

2.    For such other relief as the Court may deem just and proper.

On The Sixth Cause Of Action:

1.    For compensatory damages in an amount according to proof along with prejudgment interest thereon at the legal rate of interest until paid in full or the date judgment is entered.

2.    For such other relief as the Court may deem just and proper.

Dated: March 13, 2012                          THE PALMER FIRM, P.C.

                                               By _____
                                               William James Campbell
                                               Attorney for Plaintiff
                                               Sandy Ford

14

COMPLAINT

EXHIBIT "A"

# EXHIBIT A

EXHIBIT "A"

**THE PALMER FIRM**
P.O. Box 1700
Rancho Cucamonga, CA 91729-1700

A National Network of Consumer
Attorney Law Firms*

**MAILING ADDRESS:**
The Palmer Firm
P.O. Box 1700
Rancho Cucamonga, CA 91729-1700

**PHONE NUMBER:**
(909) 581-7654

**HOURS:**
Monday Through Friday
7:00 AM to 6:00 PM PST

**ROBERT PALMER (TX)
GREGORY M. FITZGERALD (CA)**

**ASSOCIATED ATTORNEYS:**
ANDERSON NELMS (AL)
MATT HENRY (AR)
TIMOTHY G. MCFARLIN (CA)
JONATHAN HAGN (CO)
GLEN A. KURTIS (CT)
MARK KRATTER (CT)
MATTHEW M. CARRUCI (DE)
KIMBERLY BOARD (FL,TX)
SAM BRANTLEY (GA)
CHRIS SHEPHERD (IL)
KEVIN E. STROUD II (IL)
JOHN L. STEWART (IN)
WILLIAM DOSS (IN)
GARY EASTMAN (KS, MO)
JENNIFER F. ZEIGLER (KY)
REE J. CASEY (LA)
WILLIAM CHIGNOLA JR. (MA)
TERRANCE J. SHANAHAN (MO)
J. DANIEL HOFFMAN (ME)
BRIAN PARKER (MI)
MATTHEW S. KROHN (MN)
TOM DEFER (MS)
HELGE NABER (MT)
MICHAEL P. PEAVEY (NC)
WILLIAM E. YAEGER (NC)
KENNETH BLUIE (ND)
BRENDAN R. TUPA (ND,MN)
JEFF PALZER (NE)
ELIZABETH B. OLCOTT (NH)
GLEN N. CHULSKY (NJ)
LARRY LESHIN (NM)
DAVID M. CROSBY (NV)
CHRISTIAN HARDESTY (OH)
MARTY D. MARTIN (OK)
MITCHELL B. MARTIN (OR)
JASON RETTIG (PA)
PETER H. ROSENTHAL (SC)
WILLIAM L. PYATT (SC)
JASON RAWNSBORG (SD)
JESSICA J. JOHNSON (TN)
PAUL E. DROZDOWSKI (TN)
GREGORY J. ADAMS (UT)
MICHAEL O. WELLS (VA)
ROBERT MITCHELL (WA)
CHRISTINE LATTA (WA)
MICHAEL J. BURR (WI)
PATRICK LANE (WV)
GUY P. CLEVELAND (WY)
HAMPTON M. YOUNG (WY)

July 24, 2007

Finger Hut
P.O. Box 1250
St. Cloud, MN 56395

RE:            Sandy Ford
Account Number:    6276456002209383

To Whom it May Concern:

This law firm represents the above referenced consumer. Based on the information provided, our client disputes the claim and requests verification of the alleged debt. Verification should include all documents evidencing the debt including, but not limited to: any document signed by our client with respect to the debt such as contracts, notes leases, or other written agreements, each invoice or transaction record and any other loan documents; ledgers; or, other documents reflecting all consideration, payments, offsets and credits. Further, request is made for all documents that will demonstrate when this debt was first due or that it is not barred by the statute of limitations.

Unless you have initiated litigation against our client by the filing of a lawsuit, demand is made that you immediately cease all attempts to contact our client by letter or by phone, at home or at our client's place of employment. Should you wish to discuss this alleged debt you may do so, once the requested documentation has been delivered, by contacting the undersigned at the above mailing address. We request that all communication regarding this matter be conducted in writing. This letter is not to be construed as a formal appearance in any litigated matter.

Very truly yours,

The Palmer Firm
Robert Palmer

*National network is an affiliation of separate law firms.

EXHIBIT "A"

# EXHIBIT B

**FINGERHUT**
Direct Marketing, Inc
6250 Ridgewood Road
St. Cloud, MN 56303

603 5364
Lxxxx

06/12/2008

Sandy Ford

Re: Fingerhut Credit Account
/ CIT Bank
# ending 9383

Dear Sandy Ford,

Per our recent conversation, you are scheduled to pay the sum of $495.00 starting 06/12/2008 on your CIT Bank/Fingerhut Credit Account. In order to meet the terms of the settlement offer, your amount will be closed and collection efforts will cease. Note: The payment(s) must be received in full and posted to your CIT Bank/Fingerhut Credit Account no later than 07/12/2008.

After this payment agreement is met your CIT Bank/Fingerhut Credit Account will be set to a settled status and the account will be closed. Your account will be reported to the credit bureau as closed with "account paid in full for less than the full balance". Also, you will not be eligible for future credit purchases with Fingerhut Direct Marketing Inc.

This agreement will be considered null and void if the payment(s) are not made as scheduled.

Please contact our office immediately, if you are unable to make these payments.

Sincerely,

Fingerhut Direct Marketing, Inc
Collections Support

Business Hours:
Monday-Thursday 7:00 a.m.-9:00 pm CST
Friday 7:00 a.m.-6:00 p.m. CST
Saturday 7:00 a.m.-12:00 p.m. CST
Phone: 1-866-836-3987

EXHIBIT "A"

# EXHIBIT C

EXHIBIT "A"

Date:   06/17/2008

Client:   Sandy Ford
Account Number: 0278.4560.0220.9383

QUESTIONS? Please call the Creditor Service Department at (909) 982-5333



EXHIBIT "A"

# EXHIBIT D

Dec 19 2011   PM   HP LASERJET FAX

PO Box 520130
Atlanta, GA 30352
RETURN SERVICE REQUESTED

**NRC** Nations Recovery Center, Inc.
6491 Peachtree Industrial Blvd
Atlanta, GA 30360
(770) 234-0101
(800) 835-1139

December 09, 2011

JEFFERSON CAPITAL FINGERHUT - #21
RE: FINGERHUT DIRECT MKTING
Balance: $266.00
Account #: 6270456002200363

Sandra Ford
21230 Walad Rd
Apple Valley, CA 92307-1078

Nations Recovery Center, Inc.
PO Box 520130
Atlanta, GA 30362-2130

JEFFERSON CAPITAL FINGERHUT - #21
RE: FINGERHUT DIRECT MKTING
Balance: $266.00
Account #: 6270456002200363

Dear Sandra Ford:

The above creditor has placed your account with this collection service for purpose of payment. We realize it may have been an oversight on your part and not an intentional disregard of an obligation.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you do not dispute this debt, you should make full payment or arrangements with this office. If you cannot pay the balance, contact our office. I am sure we can work out an acceptable arrangement.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

You can pay 24/7 at www.PayNRC.com.

Sincerely,

Brian Wilson
Account Manager

Nations Recovery Center, Inc.
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360
(770) 234-0101

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8am or after 9pm. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

EXHIBIT "A"

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

VICTORVILLE DISTRICT
14455 CIVIC DRIVE STE 100
VICTORVILLE, CA 92392

CASE NO: CIVVS1201696

http://www.sbcounty.gov/courts

IN RE: FORD VS FINGERHUT, etal

NOTICE OF CASE ASSIGNMENT FOR ALL PURPOSES
NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE
REGARDING SERVICE OF SUMMONS AND COMPLAINT

PLEASE TAKE NOTICE, that the above-entitled case has been set for a
Case Management Conference and an Order to Show Cause why the case
should not be dismissed for failure to serve the summons and
complaint. File your Case Management Statement with the court fifteen
(15) calendar days prior to the hearing. Failure to appear may result
in monetary sanctions and/or dismissal of your case. THIS CASE HAS
BEEN ASSIGNED TO STEVE C MALONE IN DEPARTMENT V9 FOR ALL PURPOSES.

The Order to Show Cause regarding service of summons is set:
08/15/12 at 8:30 in Department V9. If proof of
service of summons and complaint has been filed before that date, no
appearance is required at the time of the Order to Show Cause hearing.
The Case Management Conference is set: 10/11/12 at 8:30
in Department V9.

TO THE PARTY SERVED: The setting of these dates DOES NOT increase the
time you have to respond to the complaint. The time for response is
clearly stated on the Summons.

A COPY OF THIS NOTICE MUST BE SERVED ON ALL DEFENDANTS
Stephen H. Nash, Clerk of the Court
Date: 04/11/12                                    By: VANESKA DIEDERICH
------------------------------------------------------------------------
CERTIFICATE OF SERVICE
I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice by:

(✓) Enclosed in an envelope mailed to the interested party addressed
above, for collection and mailing this date, following ordinary
business practice.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
( ) A copy of this notice was given to the filing party at the
counter.
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

DATE OF MAILING: 04/11/12
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 04/11/12 at Victorville, CA By: VANESKA DIEDERICH

EXHIBIT "A"

1  MCGUIREWOODS LLP
   Susan L. Germaise, SBN #176595
2  1800 Century Park East
   8th Floor
3  Los Angeles, CA 90067
   Telephone: 310.315.8200
4  Facsimile: 310.315.8210
   sgermaise@mcguirewoods.com
5
   Attorneys for NATIONS RECOVERY CENTER, INC.
6

7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    FOR THE COUNTY OF SAN BERNARDINO

10

11  SANDY FORD,                          Case No. CIV VS 1201696

12               Plaintiff,              **NOTICE TO STATE COURT OF FILING OF REMOVAL**

13  vs.

14
    FINGER HUT, NATIONS RECOVERY
15  CENTER, INC. and DOES 1 – 10,

16               Defendants.

17

18

19  TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE

20  COUNTY OF SAN BERNARDINO, INTERESTED PARTIES AND ATTORNEYS OF

21  RECORD:

22        PLEASE TAKE NOTICE that on June 4, 2012, Defendant NATIONS RECOVERY

23  CENTER, INC. filed a Notice of Removal of Civil Action to the United States District Court for

24  the Eastern District of California pursuant to 28 U.S.C. § 1441 (Federal Question) with the Clerk

25  of the United States District Court for the Central District of California – Eastern Division.

26  Attached hereto as Exhibit "A" is a true and correct copy of the Federal Civil Case Coversheet,

27  Notice of Removal (without exhibits) and Notice of Interested Parties.

28        PLEASE TAKE FURTHER NOTICE that on June 4, 2012, Defendant NATIONS

1   RECOVERY CENTER, INC. filed a Notice to State Court of Filing of Notice of Removal with

2   the Clerk of the San Bernardino County Superior Court of the State of California, together with a

3   copy of the Notice of Removal of Civil Action to the United States District Court for the Central

4   District of California – Eastern Division pursuant to 28 U.S.C. § 1441 (Federal Question) (without

5   exhibits).

6

7   DATED: June 4, 2012                              McGuireWoods LLP

8

9                                                    By: _____

10                                                        Susan L. Germaise
                                                         Attorneys for Defendant NATIONS RECOVERY
11                                                       CENTER, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

39676558.1                                           2

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

  I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067-1501.

  On June 4, 2012, I served the following document(s) described as **Notice to State Court of Filing of Removal** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

> William J. Campbell, Esq.      *Attorneys for Plaintiff Sandy Ford*
> The Palmer Firm, P.C.
> 11690 Pacific Avenue, Suite 110
> Fontana, CA 92337

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 310.315.8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  Executed on June 4, 2012, at Los Angeles, CA.

_Dorothea Kiker_
_____
Dorothea Kiker

EXHIBIT "B"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

### EDCV12- 893 VAP (OPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [X] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)         NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) | **DEFENDANTS** |
|---|---|
| Sandy Ford | Fingerhut, Nations Recovery Center, Inc. |

| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| William J. Campell, The Palmer Firm, P.C.<br>11690 Pacific Avenue Fontana, CA 92337<br>Tel: 909-581-7348; Fax: 909-581-7534 | MCGUIRE WOODS LLP, SUSAN L. GERMAISE #176595<br>1800 Century Park East, 8th Floor, Los Angeles, California 90067<br>Tel: 310-315-8200; Fax: 310-315-8210<br>sgermaise@mcuirewoods.com |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1692(k)(d); Fair Debt Collections Practices Act - removal based upon 28 U.S.C. 1441(b)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | CIVIL RIGHTS | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 441 Voting | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 442 Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 443 Housing/Acco- mmodations | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 444 Welfare | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | ☐ 445 American with Disabilities - Employment | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities - Other | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

## ED CV 12 - 00893 VAP (OPx)

**FOR OFFICE USE ONLY:**    Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:**  Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                                                 ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                                                 ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                                                 ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX.  VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Minnesota (Fingerhut); Georgia (Nations Recovery Center, Inc.) |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
     Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER):  _____   Date June 4, 2012

   **Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended  (42 U.S.C. (g)) |